IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STUART C. IRBY COMPANY                                                      PLAINTIFF

v.                              No. 5:16-mc-1-DPM

GREG W. DANIEL                                                              DEFENDANT

v.

SIMMONS BANK                                                                GARNISHEE

## ORDER

Stuart C. Irby Company registered a foreign judgment for almost $100,000 against Greg Daniel, № 2, and applied for a writ of garnishment against Simmons Bank. № 6. The Clerk issued the writ. Simmons has answered that, when served, it possessed $729.59 belonging to Daniel. № 8. The Court orders Simmons to pay all this money to Stuart C. Irby Company, care of the company's lawyers, Butler Snow LLP, in Ridgeland, Mississippi.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 November 2016